| In re:<br><br>Comité para la Revisión del<br>Manual de Instrucciones<br>al Jurado | 2004 TSPR 168<br><br>163 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: EN-2004-8

Fecha: 1 de noviembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:                                    Designación de
Comité para la Revisión                   Miembros
del Manual de Instrucciones
al Jurado                        EN-2004-8




                    RESOLUCIÓN


    San Juan, Puerto Rico, a 1 de noviembre de 2004.

    Mediante Resolución emitida el 3 de abril de 2003
(2003 TSPR 49), designamos el Comité para la
Revisión del Manual de Instrucciones al Jurado,
adscrito al Secretariado de la Conferencia Judicial
y Notarial e integrado por doce (12) personas,
algunas de las cuales al día de hoy no forman parte
del mismo.

    Las múltiples enmiendas que por décadas se han
incorporado al Código Penal, a las Reglas de
Procedimiento Criminal y a las Reglas de Evidencia,
así como la aprobación de leyes especiales y el
desarrollo jurisprudencial en torno a dichos
preceptos, hacen indispensable la revisión del Libro
de Instrucciones al Jurado para el Tribunal Superior
que aprobamos desde el año 1976. Este no ha sido
objeto de cambios, con la excepción del esfuerzo
realizado en el 1980 para atemperarlo a las Reglas
de Evidencia de 1979.

    Recientemente, se aprobó un nuevo Código Penal
mediante la Ley 149 de 18 de junio de 2004, cuya
vigencia será efectiva el 1 de mayo de 2005, así
como otras leyes relacionadas con el mismo.

    Es necesario ampliar los trabajos de revisión del
Comité para la debida consideración de las
disposiciones del nuevo Código Penal.

Ante ello, se reconstituye el Comité, el cual estará compuesto por las siguientes personas:

Lcda. Ygrí Rivera de Martínez, Presidenta
Lcdo. Harry Anduze Montaño
Prof. Ernesto L. Chiesa Aponte
Hon. Wanda Cruz Ayala
Hon. Asdrúbal Domenech Rosa
Lcdo. Félix Fumero Pugliessi
Lcdo. Héctor Quiñones Vargas
Lcdo. Francisco Rebollo Casalduc
Director Ejecutivo de la Sociedad para
 Asistencia Legal
Prof. Olga E. Resumil
Hon. Bárbara M. Sanfiorenzo Zaragoza
Fiscal General de Puerto Rico

El Lcdo. Julio de la Rosa Rivé continuará como consultor y asesor legal del Comité.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo